816

■ In the Matter of the Arbitration between JOHN E. POTTER CO., LTD., Appellant, and MILES METAL CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [2 Misc 2d 515.]

■ LINDA M. LANDSMAN et al., by GRACE G. LANDSMAN, Their Guardian ad Litem, Appellants, v. ADOLPH R. LANDSMAN, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ SUSAN HURLEY, Respondent, v. ANNA C. MEYER, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant and the motion denied. There is no affidavit of merit, nor is there a sufficient showing of excuse for the delay by plaintiff. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ CYRILLE MARKS, Appellant, v. CITY OF NEW YORK, Respondent.— Order unanimously reversed and the motion granted, without costs. Upon the basis of the papers submitted to the court, the plaintiff is entitled to have the motion granted. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ JOSE ADAMES, JR., an Infant, by his Guardian ad Litem, JOSE ADAMES et al., Appellants, v. FREDERICK WHEELER et al., Respondents.— Order unanimously reversed and the motion granted, without costs. Upon the basis of the papers submitted to the court, the plaintiff is entitled to have the motion granted. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ DESMOND J. LEARY, Appellant, v. NORMAN LEVY, Respondent.— Order unanimously reversed and the motion granted, without costs. Upon the basis of the papers submitted to the court, plaintiff is entitled to have the motion granted. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ DESMOND J. LEARY, Appellant, v. NORMAN LEVY, Respondent.— Appeal unanimously dismissed. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ LAWRENCE WESTBROOK, Respondent, v. NEW YORK HERALD TRIBUNE, INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ HEINZ PULVERMANN, Respondent, v. NEW YORK WORLD-TELEGRAM CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ LEHIGH STRUCTURAL STEEL COMPANY, Respondent, v. CITY OF NEW YORK, Defendant, and LYNN CORPORATION, Appellant.— Order appealed from reversed and the motion granted upon payment by appellant of costs and disbursements on this appeal and a full bill of costs at Trial Term. Upon the record before this court, the defendant is entitled to relief upon the terms indicated. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ.; Cox, J., dissents and votes to affirm.

■ In the Matter of the Accounting of City Bank Farmers Trust Company as Trustee under Agreement made by the NEW YORK FOUNDATION. LOUISA RICE, Appellant; CITY BANK FARMERS TRUST COMPANY, as Trustee, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent City Bank Farmers Trust Company. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ ADELAIDE H. KOHLENBERG, Appellant, v. FRED KOHLENBERG, Respondent.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.